ROACH, Respondent, v. CURTIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Ella E. Roach against William H. Curtis and another. No opinion. Motion for leave to appeal to the Court of Appeals granted.

ROBERTSON, Respondent, v. SALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by John J. Robertson against John A. Sall. PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
RICH, J., dissents.

ROGERS v. INGERSOLL. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by John Z. Rogers against Robert H. Ingersoll. No opinion. Motion granted, with $10 costs. Order filed.

ROMAINE, Respondent, v. VILLAGE OF SPRING VALLEY, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by James A. Romaine against the village of Spring Valley. No opinion. Motion denied, without costs.

ROSE, Respondent, v. LEASK et al., Appellants. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Mary F. Rose against George Leask and others. J. H. Dougherty, for appellants. T. S. Ormiston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSENBLATT v. HOME INS. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Frederick Rosenblatt against the Home Insurance Company. No opinion. Order affirmed, with costs.

ROWELL, Appellant, v. SPOTSWOOD. Respondent. (Supreme Court, Appellate Division, Third Department. November 20, 1906.) Action by George W. Rowell against George Spotswood. No opinion. Appeal from judgment dismissed, with $10 costs. Appeal from order dismissed, with $10 costs.

ROYCE, Respondent, v. BELL TELEPHONE CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Lillian M. Royce against the Bell Telephone Company of Buffalo. No opinion. Order affirmed, with $10 costs and disbursements.

ROYCE, Respondent, v. BELL TELEPHONE CO. of Buffalo, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Lillian M. Royce against the Bell Telephone Company of Buffalo. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

ROYS SYSTEM CO., Appellant, v. ROGERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Roys System Company against Gustavus A. Rogers and Aaron S. Ratkowsky.
PER CURIAM. The contract of October 16, 1905, was a merger of defendants' claim for improper installation prior to that time. The contract provided exclusively what should be done by plaintiff thereafter to satisfy defendants. The admission of evidence over plaintiff's objection as to the insufficiency of the work before October 16th was therefore error, and the judgment should be reversed, and a new trial ordered; costs to abide the event.

RYERSON, Respondent, v. A. E. MEYER & CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Daniel B. Ryerson against A. E. Meyer & Co. No opinion. Order affirmed, with $10 costs and disbursements.

SAFFER, Respondent, v. COHN, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Samuel Saffer against Hugo Cohn. C. Schwick, for appellant. R. Nathan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SANFORD DAIRY CO., Respondent, v. SANFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by the Sanford Dairy Company against Milton L. Sanford. No opinion. Motion denied.

SANDS v. HOLLAND TORPEDO BOAT CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Francis P. B. Sands against the Holland Torpedo Boat Company. No opinion. Motion denied, with $10 costs. Order filed.

SCHAEFER, Respondent, v. HATFIELD et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Philip Schaefer against Charles R. Hatfield and another, as executors of Christina Hatfield, deceased. No opinion. Judgment unanimously affirmed, with costs.

SCHAINFELD, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Samuel Schainfeld against the Dry Dock, East Broadway & Battery Railroad Company. H. L. Scheuerman, for appellant. M. Feltenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHELL et al., Appellants, v. CARPENTER, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by R. Montgomery Schell and others against J. Herbert Carpenter, individually, etc. T. Thacher, for appellants. J. S. Davenport, for respondent. No opinion. Judg-